IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fatalski, Kazimierz

Printed: 5/20/08

Case Number: 06 B 11989
Judge: Wedoff, Eugene R
Filed: 9/22/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: May 15, 2008
Confirmed: November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,907.94 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 10,034.16 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 673.78 |
| Other Funds: |  | 0.00 |
| Totals: | 12,907.94 | 12,907.94 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Iwona Pankowska & Associates PC | Administrative | 2,200.00 | 2,200.00 |
| 2. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 8,260.17 | 4,936.72 |
| 4. | B-Real LLC | Unsecured | 1,512.65 | 904.06 |
| 5. | B-Real LLC | Unsecured | 1,940.35 | 1,159.68 |
| 6. | B-Real LLC | Unsecured | 1,469.61 | 878.31 |
| 7. | LaSalle Bank NA | Unsecured | 2,185.05 | 1,305.94 |
| 8. | Resurgent Capital Services | Unsecured | 1,421.24 | 849.45 |
| 9. | ENH Medical Group | Unsecured |  | No Claim Filed |
| 10. | CitiFinancial | Unsecured |  | No Claim Filed |
| 11. | ENH Medical Group | Unsecured |  | No Claim Filed |
| 12. | Evanston Northwestern Healthcare | Unsecured |  | No Claim Filed |
| 13. | Household | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 18,989.07 | $ 12,234.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 186.61 |
| 5.4% | 487.17 |
|  | _____ |
|  | $ 673.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fatalski, Kazimierz

Printed: 5/20/08

Case Number: 06 B 11989
Judge: Wedoff, Eugene R
Filed: 9/22/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

